IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                              No. CR S-03-0497 FCD KJM P

    vs.

REYNALDO OREJEL-OCHOA,

    Movant.                                   <u>ORDER</u>

_____/

        Respondent has requested an extension of time to file an answer pursuant to the court's order of May 23, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's June 21, 2005 request for an extension of time is granted; and

        2. Respondent's July 22, 2005 answer is deemed timely.

DATED: July 26, 2005.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

1/bb
orej0497.236

1